SPM LF

FILED

08 APR 14 AM 9:23

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY DEPUTY

'08 MJ 1120

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Jorge Luis GOMEZ-Fernandez, Defendant. | Magistrate Case No.: COMPLAINT FOR VIOLATION OF 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about April 11, 2008, within the Southern District of California, defendant Jorge Luis GOMEZ-Fernandez, did knowingly and intentionally import approximately 8.40 kilograms (18.48 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Julia Gerard
Special Agent
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 14th DAY OF April 2008.

U.S. MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Julia Gerard, declare under penalty of perjury, the following is true and correct:

On April 11, 2008, at approximately 10:10 a.m., Jorge Luis GOMEZ-Fernandez attempted to enter the United States at the San Ysidro Port of Entry, San Diego, California. GOMEZ-Fernandez was the driver, registered owner, and sole occupant of a purple Toyota Tacoma bearing Baja California license plate AM-15-940.

CBP Officer Pagan was conducting pre-primary roving operations with his Narcotics Detector Dog (NDD) "Niko" (CF-82). Niko alerted to the vehicle GOMEZ-Fernandez was driving. CBP Officer Pagan notified CBP Officer Carraway.

CBP Officer Carraway responded and GOMEZ-Fernandez gave CBP Officer Carraway two negative Customs declarations. GOMEZ-Fernandez stated he was going shopping. GOMEZ-Fernandez stated the vehicle belonged to him. CBP Officer Carraway asked for the keys to the vehicle and GOMEZ-Fernandez presented one single key to CBP Officer Carraway. CBP Officer Carraway opened the passenger side door and noticed scratches on the screws securing the passenger fender. Further inspection resulted in the discovery of a non-factory compartment near the firewall. GOMEZ-Fernandez was removed from the vehicle and escorted to the secondary office.

The vehicle GOMEZ-Fernandez was driving would not start, so CBP Officer DeLeon and Moreno pushed the vehicle to the secondary lot. CBP Offcier Carraway was able to access the compartment through the glove box. CBP Carraway removed a non

factory rubber tubing exposing packages hidden within the firewall. CBP Officer Carraway turned the vehicle over to CBP Officer Tarbona for processing.

CBP Officer Tarbona discovered removed a plastic wrapped package from behind the glove box. The package was.wrapped in several layers of plastic and black greasy oily film. CBP Officer Tarbona removed the plastic and found Tupperware packaging. CBP Officer Tarbona found a crystalline like substance in the Tupperware, which field tested positive for methamphetamine. CBP Tarbona removed a total of ten packages weighing approximately 8.40 kilograms. All packages were removed from the dashboard area.

During a post-arrest statement, GOMEZ-Fernandez admitted knowledge of the narcotics in the vehicle. On April 11, 2008, GOMEZ-Fernandez was transported to the Metropolitan Correctional Center pending his initial appearance before a U.S. Magistrate Judge in San Diego, California.

Executed on April 11, 2008, at 1700 hours

Julia Gerard 4/11/08
Julia Gerard, Special Agent
U.S. Immigration & Customs Enforcement

On the basis of the facts presented in the probable cause statement consisting of ~~one~~ two pages, I find probable cause to believe that the defendant(s) named in this probable cause statement committed the offense on April 11, 2008, in violation of Title 21, United States Code, Section(s) 952 & 960.

Barbara L. Major
United States Magistrate Judge

4/13/08 at 12:15 PM
Date/Time